# Order

Michigan Supreme Court
Lansing, Michigan

February 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139966

CREAMUS PAXTON HOWARD,

     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

SC: 139966
CoA: 293630

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 4, 2009, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2010

*Corbin R. Davis*

jam

Clerk